**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7177**

———————————

ROBERT S. CLEMENTS,

Plaintiff - Appellant,

versus

BILL TWIFORD; PHIL JOHNSON, Supervisor, Wood
Shop,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-94-669-CV-3)

———————————

Submitted:  December 14, 1995          Decided:  January 11, 1996

———————————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert S. Clements, Appellant Pro Se.  Alexander Leonard Taylor, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order entering judgment in favor of the Defendants in Appellant's 42 U.S.C. § 1983 (1988) action alleging racial discrimination.[*] We have reviewed the record, including an audiotape of the hearing, and find no reversible error. There was evidence at trial from which the magistrate judge could have determined that Appellant was terminated from his job due to his involvement in a fight, and Appellees did not terminate him or set his pay rate based on any racial reason. We will not reweigh the evidence or review the credibility determinations of the magistrate judge. See GSM Dealer Servs. v. Chrysler Corp., 32 F.3d 139, 142 (4th Cir. 1994). Accordingly, we affirm. Clements v. Twiford, CA-94-669-CV-3 (E.D. Va. July 24, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1988).